RECEIVED
MAR 24 2014
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

The People

Plaintiff(s),

vs.

THE State of Minnesota House of Representatives

Defendant(s).

(Enter the full name(s) of ALL defendants in this lawsuit. Please attach additional sheets if necessary).

Case No. _____
(To be assigned by Clerk of District Court)

DEMAND FOR JURY TRIAL

YES ☐   NO ☒

## COMPLAINT

PARTIES

1. List your name, address and telephone number. Do the same for any additional plaintiffs.

   a. Plaintiff PRO SE
      Name JONATHAN KUJAK
      Street Address 855 W 7th St
      County, City RAMSEY, St Paul
      State & Zip Code MN 55102
      Telephone Number 651 2276291

SCANNED
MAR 24 2014
U.S. DISTRICT COURT ST. PAUL

2. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption.

   a. Defendant No. 1 THE State of Minnesota House of Representatives

      Name  Minnesota State Capitol

      Street Address  75 MLK JR Blvd

      County, City  Ramsey, St Paul

      State & Zip Code  MN  55102

   b. Defendant No. 2

      Name

      Street Address

      County, City

      State & Zip Code

   c. Defendant No. 3

      Name

      Street Address

      County, City

      State & Zip Code

NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.
Check here if additional sheets of paper are attached: ☐
Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g. Additional Defendants 2.d., 2.e., etc.)

JURISDICTION

Federal courts are courts of limited jurisdiction. Generally, two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount of damages is more than $75,000 is a diversity of citizenship case.

3. What is the basis for federal court jurisdiction? *(check all that apply)*

   ☒ Federal Question     ☐ Diversity of Citizenship

4. If the basis for jurisdiction is Federal Question, which Federal Constitutional, statutory or treaty right is at issue? List all that apply.

   *Federal Constitutional*

5. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party? Each Plaintiff must be diverse from each Defendant for diversity jurisdiction.

   Plaintiff Name: N/A            State of Citizenship: N/A
   Defendant No. 1: N/A           State of Citizenship: N/A
   Defendant No. 2:               State of Citizenship:

   **Attach additional sheets of paper as necessary and label this information as paragraph 5.**
   **Check here if additional sheets of paper are attached.** ☐

6. What is the basis for venue in the District of Minnesota? *(check all that apply)*

   ☒ Defendant(s) reside in Minnesota    ☒ Facts alleged below primarily occurred in Minnesota
   ☒ Other: explain

STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of how, where, and when each of the defendants named in the caption violated the law, and how you were harmed. Each paragraph must be numbered

7.1. The rights of the citizens in 20 other states are Reflected by California ~~State Senate~~ Medical Marijuana Bill SJR8

7.2 Minnesota does not have medical Marijuana. The plaintiff has been harassed, arrested, ticketed, and has lost driving privileges for illegally self medicating

7.3 IN pursuance to Amendment I of the Constitution of the United States of America

"Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speach, or of the press; or the right of the people to peaceably assemble, and to petition the government for a redress of grievances"

7.4 THE Memorandum Contains Top Secret Classified information for congressional uses ~~only~~ exclusively

In pursuance to article 18 section 100 § USC To redress the government of grievances for lawmaking

separately, beginning with number 7. Please write each single set of circumstances in a separately numbered paragraph.

7. Top Secret classified information in the interest of National Security and Counter terrorism, unconstitutional and unethical State Laws IN pursuance to ~~XIV~~. Article. IV. Section 2 of the Constitution of the United States of America "The citizens of each State shall be entitled to all privileges and immunities of citizens in the several States"

Attach additional sheets of paper as necessary.
Check here if additional sheets of paper are attached: ☒
Please label the attached sheets of paper to as Additional Facts and continue to number the paragraphs consecutively.

REQUEST FOR RELIEF

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking.

Grant motion

$ 25,000 00/100

Twentyfive thousand dollars and no cents

4

Signed this 22nd day of March 2014

Signature of Plaintiff _____

Mailing Address

855 W 7th St St Paul mn 55102

Telephone Number

651 227 6291

<u>Note</u>:  All plaintiffs named in the caption of the complaint must date and sign the complaint and provide his/her mailing address and telephone number.  Attach additional sheets of paper as necessary.

5