RECEIVED
MAR 24 2014
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

The People

Plaintiff(s),

vs.

Case No.

THE State of Minnesota, House of Representatives

Defendant(s).

**MOTION TO/FOR**

The following party/parties: Minneapolis-Richfield American legion Post 435 / Fred Babcock (the undersigned) Veterans of Foreign Wars Post 5555 / JONATHAN KUJAK in the above-named case hereby move(s) the United States District Court, District of Minnesota for an Order to:

① Use the exclusive writings, orders, and arts of Artists/authors © JONATHAN KUJAK™ and Major Fred Babcock (the undersigned) × for uses by THE Governor of Minnesota, By the minnesota house of Representatives and Congressional uses in pursuance to article 1 section 8 (8) of the Constitution of the United States of America

① IN the 2014 congressional session

SCANNED
MAR 24 2014
U.S. DISTRICT COURT ST. PAUL

because:

1. IN the interest of National Security

2. IN the interest of Counter terrorism

in pursuant to Article 18 section 100 § USC

Said motion is based upon the attached Memorandum of Law, IS Top secret trade secrets that have been served to the defendant in Sublime light and all of the files, records, and proceedings herein.

Signed this 22nd day of March 2014

Signature of Party _____

Mailing Address

855 W. 7th St
St Paul, MN

Telephone Number

651 227 6291

Note: All parties filing the motion must date and sign the Motion and provide his/her mailing address and telephone number. Attach additional sheets of paper as necessary. The motion must be served on each party, together with the notice of hearing, and any memorandum of law and accompanying documents.

2