# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| JONATHAN KUJAK, | Civil No. 14-768 (JRT/FLN) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| DON SWANSON, | |
| Defendant. | |

_____

Jonathan Kujak, 855 West 7th Street, St. Paul, MN 55102, pro se plaintiff.

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated March 27, 2014, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's application for leave to proceed in forma pauperis, (Docket No. 2), is **DENIED**;

2. Plaintiff's collateral motion seeking unspecified relief, (Docket No. 3), is **DENIED**; and

3. This action is summarily DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: April 21, 2014  ____s/John R. Tunheim____
at Minneapolis, Minnesota.  JOHN R. TUNHEIM
United States District Judge