UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| JONATHAN KUJAK, | Civil No. 14-815 (JRT/FLN) |
| Plaintiff, | |
| v. | **AMENDED ORDER ADOPTING REPORT AND RECOMMENDATION** |
| STATE OF MINNESOTA HOUSE OF REPRESENTATIVES, THE, | |
| Defendant. | |

_____

Jonathan Kujak, 855 West 7th Street, St. Paul, MN 55102, pro se plaintiff.

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated March 27, 2014, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's collateral motion seeking unspecified relief, (Docket No. 2), is **DENIED**

2. Plaintiff's application for leave to proceed in forma pauperis, (Docket No. 3), is **DENIED**; and

3. This action is summarily DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: April 23, 2014             _____s/John R. Tunheim_____
at Minneapolis, Minnesota.            JOHN R. TUNHEIM
                                                                      United States District Judge