# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

| | |
|---|---|
| JONATHAN KUJAK, | Civil No. 14-815 (JRT/FLN) |
| Plaintiff, | |
| v. | **ORDER** |
| THE STATE OF MINNESOTA HOUSE OF REPRESENTATIVES, | |
| Defendant. | |

Jonathan Kujak, 855 West Seventh Street, St. Paul, MN 55102, *pro se* plaintiff.

This matter was concluded when this Court issued an amended order adopting the report and recommendations of Magistrate Judge Franklin L. Noel [Docket No. 6]. In light of Defendants' extensive record of frivolous filings, the Court finds that it is now necessary to use its discretion and place restrictions on the filings. Therefore, any written materials hereafter received from Plaintiff shall be presented to the Court without being filed. The Clerk of Court shall not file, or respond to, any future submissions from Plaintiff, except as directed by the Court.

- 2 -

Based on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

The Clerk of Court shall not file, or respond to, anything received from plaintiff, except as expressly directed by the Court.

DATED: June 17, 2014                          _____s/John R. Tunheim_____
at Minneapolis, Minnesota.                     JOHN R. TUNHEIM
                                                    United States District Judge